March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

ALLEN COLON ,
                        Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 219 (__)(__)

Defendant ALLEN COLON hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

**X**    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_X. Colon_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Allen Colon**
Print Defendant's Name

Michael H. Sporn (Digitally signed by Michael H. Sporn, DN: cn=Michael H. Sporn, o, ou, email=mhsporn@gmail.com, c=US Date: 2020.04.09 11:24:33 -04'00')
Defense Counsel's Signature

**Michael H. Sporn**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

4-9-2020
Date

_Judith C. McCarthy_
U.S. District Judge/U.S. Magistrate Judge