**MICHAEL H. SPORN**

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

June 2, 2020

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Allen Colon
Ind. No. 20 Cr. 219 (PAE)

Dear Judge Engelmayer:

This letter is respectfully submitted to request that the status conference currently scheduled for June 8, 2020 be adjourned to August 10, 2020 or another date that may be convenient to the Court. The reasons for this request are to allow the parties to pursue discussions on resolving this matter, to allow counsel and client to continue review of discovery, to allow counsel and client to meet and confer about the evidence in the discovery, and about a possible disposition and to find a date that might enable the proceedings to convene at the courthouse.

The government consents to this request. And the defendant, through counsel, agrees that the ends of justice outweigh the public interest in a speedy trial so that the time between June 8 and the adjourned date should be excluded pursuant to 18 U.S.C. §3161(h)(7)(A). Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: Danielle R. Sassoon, Esq.

**GRANTED.** The conference is adjourned to August 10, 2020 at 10:00 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until August 10, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 9.

SO ORDERED.

6/2/2020

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge