# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

June 2, 2020

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Allen Colon
     Ind. No. 20 Cr. 219 (PAE)

Dear Judge Engelmayer:

This letter is respectfully submitted to request that the status conference currently scheduled for August 10, 2020 be adjourned to September 14, 15 or 16, 2020.  The reasons for this request are to allow the parties to continue discussions on resolving this matter, to allow counsel and client to continue review of discovery, to allow counsel and client to meet and confer about the evidence in the discovery, and about a possible disposition and to set the conference for a date that realistically might enable the parties to convene at the courthouse.

The government consents to this request.  And the defendant, through counsel, agrees that the ends of justice outweigh the public interest in a speedy trial so that the time between August 10 and the adjourned date should be excluded pursuant to 18 U.S.C. §3161(h)(7)(A).  Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

c: Danielle R. assoon Esq.

**GRANTED.** The conference is adjourned to September 16, 2020 at 11:00 a.m. For the reasons stated above, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until September 16, 2020. All future filings shall be simultaneously filed in this case and 12-CR-31-15 (PAE). The Clerk of Court is requested to terminate the motion at Dkt. No. 12.

SO ORDERED.

8/5/2020

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge