UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

UNITED STATES OF AMERICA,             :

                                  :

         -v-                    :              20-CR-219 (PAE)

                                  :

ALLEN COLON,                      :             <u>SCHEDULING ORDER</u>

                                  :

                Defendant.        :

                                  :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **September 23, 2020** at

**10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in

Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To

access the conference, the parties should call 888-363-4749 and use access code 468-4906.


       SO ORDERED.


Dated: September 16, 2020
       New York, New York
                                     PAUL A. ENGELMAYER
                                     United States District Judge