UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALLEN COLON, a/k/a, "Poe,"

Defendant.

20-CR-219 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

The Court today held a status conference in this case, and set the following schedule for the defendant's anticipated motion to suppress the fruits of (1) at least two allegedly unlawful searches and (2) an allegedly suggestive identification procedure.

1. The defense's motion to suppress and supporting memorandum of law and affidavit are due October 16, 2020.

2. The Government's opposition and any supporting materials are due October 30, 2020.

3. The Court will hold a telephonic conference with counsel and the defendant on **November 2, 2020, at 9:30 a.m.**, to discuss the suppression motions and to identify the testimony and physical evidence to be adduced at the forthcoming suppression hearing.

4. An evidentiary hearing, to the extent necessary on defendant's suppression motion, will be held on **November 13, 2020, beginning at 9 a.m.**, in courtroom 1305 of the Thurgood Marshall United States Courthouse.

For the reasons set forth on the record of today's conference, the Court excluded time until November 13, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED

                                                                               PAUL A. ENGELMAYER
                                                                               United States District Judge

Dated: September 23, 2020
        New York, New York