# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

mhsporn@gmail.com

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

October 7, 2020

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Allen Colon
Ind. No. 20 Cr. 219 (PAE)

Dear Judge Engelmayer:

At our status conference on September 23, 2020, the Court set a briefing schedule for motions that called for defense filings by October 16, and government filings two weeks after that. In the interval, Mr. Colon has expressed a desire for a change of counsel that I have conveyed to the Court. I write now to make explicit that I also respectfully request that the briefing schedule be held in abeyance until the question of representation is resolved. If new counsel is appointed, he or she will have the opportunity to evaluate the issues and consult with the client before making any motions. Alternatively it is not inconceivable that, with the benefit of a second opinion, a resolution still may be reached –obviating the need for motion practice. The government consents to this request. Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: Danielle Sassoon, Esq.

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 16.

10/8/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge