UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
                                                                          :
            -v-                                                        :         20-CR-219 (PAE)
                                                                          :
ALLEN COLON,                                                :         SCHEDULING ORDER
                                                                          :
                          Defendant.                           :
                                                                          :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **December 16, 2020** at **10:30 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: December 10, 2020
        New York, New York

PAUL A. ENGELMAYER
United States District Judge