```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
            -v-                                                         :     20-CR-219 (PAE)
                                                                        :
ALLEN COLON,                                                            :     SCHEDULING ORDER
                                                                        :
                        Defendant.                                      :
                                                                        :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **January 6, 2021** at **12:00 p.m.**  The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

                                                                                      *Paul A. Engelmayer* (signature)
                                                                                      PAUL A. ENGELMAYER
                                                                                      United States District Judge

Dated: December 29, 2020
           New York, New York