

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  **Re:** *United States v. Allen Colon,* **20 Cr. 219 (PAE)**

Dear Judge Engelmayer:

  The Government respectfully submits this letter with the consent of Sanford Talkin, Esq., counsel to defendant Allen Colon, to request an adjournment of the upcoming status conference in the above-referenced case for approximately thirty days.

  Since the last status conference, the parties have discussed a potential resolution of this case without a trial. The parties are seeking the adjournment to continue these negotiations. In light of the parties' discussions concerning a resolution of this case prior to trial, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    By: _____/s_____
     Christopher D. Brumwell
     Assistant United States Attorney
     917-710-0661

cc: Sanford Talkin, Esq. (by ECF and email)

**GRANTED.** The Court adjourns the conference until February 3, 2021 at 10:30 am. and excludes time pursuant to 18 U.S.C. 3161(h)(7)(A) to permit the parties to continuing discussing a potential disposition. The parties should not expect further adjournments. The Clerk of Court is requested to terminate the motion at Dkt. No. 30.

            1/5/2021
    SO ORDERED.

       *Paul A. Engelmayer*

       PAUL A. ENGELMAYER
       United States District Judge