

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 17, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Allen Colon,* 20 Cr. 219 (PAE)

Dear Judge Engelmayer:

      The parties respectfully submit this joint letter in response to the Court's February 16, 2021 order regarding the status conference scheduled for March 3, 2021. The parties are discussing a disposition of this case without trial, and believe that the conference should be adjourned for approximately thirty days. This adjournment is appropriate because the Government recently produced discovery to the defendant at the Metropolitan Correctional Center ("MCC"), and the defendant was able to review the discovery but has not yet been able to discuss it with defense counsel.

      Should the Court order the proceeding to be held, both parties consent to the defendant appearing remotely. The defendant is currently detained at the MCC, and his Register Number is 91814-54.

      If the Court grants the request for an adjournment, in light of the parties' discussions concerning a resolution of this case prior to trial, the Government requests that the time between the date of this letter and the next scheduled conference date be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____/s_____
Christopher D. Brumwell
Assistant United States Attorney
917-710-0661

---

**GRANTED.** The conference is adjourned to April 6, 2021 at 10:30 a.m. For the reasons stated within, time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until April 6, 2021 to permit the parties to complete their discussions about a potential disposition. The Clerk of Court is requested to terminate the motion at Dkt. No. 36.

2/18/2021
SO ORDERED.

_____*Paul A. Engelmayer*_____
PAUL A. ENGELMAYER
United States District Judge