UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,           :

                  -v-                              :                    20-CR-219 (PAE)

ALLEN COLON,                          :                 <u>SCHEDULING ORDER</u>

                    Defendant.                :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules sentencing in this case for **August 5, 2021** at **10:30 a.m.** in

**Coutroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The

parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-

19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  For the safety of all

involved, the Court requests that members of the public who wish to attend this conference use

the following dial in information to access the conference; call 888-363-4749 and use access

code 468-4906.


         SO ORDERED.

                                           *Paul A. Engelmayer*
                                           _____
Dated: July 28, 2021                          PAUL A. ENGELMAYER
        New York, New York                United States District Judge