UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ALLEN COLON,

                Defendant.

20-CR-219 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received the handwritten letter from defendant Allen Colon docketed at Dkt. 54. The Court directs defense counsel to assist Mr. Colon with the issue that he raises, relating to a detainer. In the event that the issue remains unresolved and there is a legal basis for the Court's intervention, counsel is authorized to move for appropriate relief.

      SO ORDERED.

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: October 27, 2021
       New York, New York