**TALKIN, MUCCIGROSSO & ROBERTS, L.L.P.**
ATTORNEYS AT LAW
40 EXCHANGE PLACE
18TH FLOOR
NEW YORK, NEW YORK 10005

(212) 482-0007 PHONE
(212) 482-1303 FAX
WWW.TALKINLAW.COM
EMAIL: INFO@TALKINLAW.COM

MARYLAND OFFICE:
5100 DORSEY HALL DRIVE
SUITE 100
ELLICOTT CITY, MD 21042
410-964-0300

NEW JERSEY OFFICE:
2500 PLAZA 5
HARBORSIDE FINANCIAL CENTER
JERSEY CITY, NJ 07311
201-342-6665

August 18, 2023

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

BY ECF

          Re: United States v. Allen Colon
             20 Cr. 219 (PAE)

Dear Judge Engelmayer:

   On August 5, 2021, the Court sentenced defendant Allen Colon ("Colon"). During the sentencing hearing, the Court granted Colon's motion to amend the Presentence Investigation Report ("PSR") regarding past contacts with the criminal justice system. As a result, the Probation Department prepared an amended PSR. Colon was recently informed that he is ineligible for the "halfway house" because his PSR has unresolved criminal conduct. This denial led to the discovery that the Federal Bureau of Prisons ("BOP") was provided with the original PSR, not the amended version. In order to remedy this situation, the BOP requires that they receive the amended PSR through official channels. For this reason, Colon respectfully requests that the Court order the Probation Department, or the Marshals, to immediately forward a copy of the amended PSR to Colon's place of incarceration, FCI Schuylkill. Additionally, Colon respectfully requests that the sending entity, either Probation or the Marshals, confirm BOP's receipt of the amended PSR with the Court.

   Thank you for Your Honor's consideration of these requests.

               Very truly yours,

               *Sanford Talkin*
               Sanford Talkin

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 56.
          SO ORDERED.         8/21/2023

              *Paul A. Engelmayer*
             PAUL A. ENGELMAYER
             United States District Judge